

**BLEAKLEY PLATT & SCHMIDT, LLP**

NEW YORK | CONNECTICUT

Susan E. Galvão
914.287.6193
sgalvao@bpslaw.com

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

> Application granted. The deadline to answer or move is extended to May 30, 2023. The parties may file a joint letter seeking referral to the assigned Magistrate Judge for settlement or the Court-annexed mediation program should they be so advised.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 7, 2023

**Re:** *Chabak, et al. v. Somnia, Inc., et al.,*
**Case No. 7:22-cv-09341**

Dear Judge Halpern:

We represent defendants (together, "the Somnia Defendants") in the above-referenced consolidated class action pending before this Court. The purpose of this letter motion is to request that the Court approve the parties' joint request for an extension of the Somnia Defendants' time to respond to plaintiffs' First Consolidated Amended Complaint (the "FCAC"). In support hereof, the parties state as follows:

This case involves a July 2022 data security incident arising from suspicious activity on Somnia's data systems perpetrated by unknown third parties. Somnia, Inc. is an anesthesia practice management company, and the other defendants are anesthesia providers associated with Somnia. Plaintiffs are individuals who claim to have been impacted by the incident.

Plaintiffs were originally parties to seven separate putative class-action lawsuits related to the incident. By this Court's order these lawsuits were consolidated into the present action on January 25, 2023. Plaintiffs filed the FCAC on March 1, and the Somnia Defendants' responsive pleading currently is due April 15.

As these matters have developed, the parties have begun discussing a possible early resolution. To conserve the resources of this Court and the parties, the parties respectfully request a further extension of forty-five (45) days, up to and including May 30, 2023, for the Somnia Defendants to move or file a responsive pleading to the FCAC.

This extension is not sought for delay or for any other improper purpose, but rather is requested due to a genuine need for more time to discuss and potentially negotiate an early settlement. The parties have jointly agreed to the proposed extension, no other deadlines will be impacted, and no party would be prejudiced by the granting of it.

Hon. Philip M. Halpern, U.S.D.J.
April 6, 2023
Page 2

    Accordingly, Plaintiffs and the Somnia Defendants respectfully request that this Court enter an order: granting this motion in its entirety and allowing the Somnia Defendants an additional 45 days, up to and including May 30, 2023, to file their response to the FCAC.

    Thank you for your time and consideration of this request. We will await further word from the Court.

Respectfully submitted,

Bleakley Platt & Schmidt, LLP

*/s/ Susan E. Galvão*

William P. Harrington, Esq.
Susan E. Galvão, Esq.
Adam Rodriguez, Esq.
*Attorneys for Defendants*
One North Lexington Avenue
White Plains, New York 10601
Phone: (914) 949-2700
Email: wpharrington@bpslaw.com
       sgalvao@bpslaw.com
       arodriguez@bpslaw.com

Christopher G. Dean, Esq. (*pro hac vice*)
*Attorneys for Defendants*
McDonald Hopkins LLC
600 Superior Ave. East, Suite 2100
Cleveland, Ohio 44114
Phone: (216) 430-2045
E-mail: cdean@mcdonaldhopkins.com

Copy: All counsel of record (via ecf)

31614680.1