UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IRENE CHABAK, individually and on
behalf of all others similarly situated,

                Plaintiff,                              **ORDER**

v.

                                                   22-CV-09341 (PMH)

SOMNIA, INC.,

                Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On July 19, 2024, interim co-lead class counsel moved for preliminary approval of a class action settlement (Doc. 74) and also moved to be relieved as counsel for Plaintiff Randy Polk (Doc. 75). Counsel asserts that Mr. Polk has been unreachable for the past month, counsel has been unable to determine whether Mr. Polk approves of the proposed settlement, and Mr. Polk has not signed the settlement agreement. Counsel noted that the motion to be relieved was being served upon Mr. Polk and that proof of service would be filed when same is received by counsel.

Mr. Polk is directed to file a response to the motion to be relieved as counsel by August 6, 2024, setting forth his position with respect to the motion.

Counsel is directed to file a letter by August 6, 2024 advising of the effect on the proposed settlement and this action should the Court grant the motion to be relieved as counsel to this named plaintiff, and also addressing the circumstance of Mr. Polk proceeding in a *pro se* capacity at this juncture in the action.

Counsel is directed to serve a copy of this Order upon Mr. Polk and email a copy to him at his last known email addresses.

                                                 **SO ORDERED:**

Dated: White Plains, New York
          July 22, 2024

_____
PHILIP M. HALPERN
United States District Judge

2