IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE CHABAK, ARMANDO CARRASCO, RANDY POLK, KELLY WILSON, THOMAS BOOTH HARRIS, SCOTT WEISCOPE, LAVINA HENDERSON, JEREMY HENDERSON, and RAYCINE SOMMERS, *individually and on behalf of all others similarly situated*,<br><br>     Plaintiffs,<br><br>     v.<br><br>SOMNIA INC., ANESTHESIA SERVICES OF SAN JOAQUIN P.C., PALM SPRINGS ANESTHESIA SERVICES P.C., RESOURCE ANESTHESIOLOGY ASSOCIATES OF IL P.C., RESOURCE ANESTHESIOLOGY ASSOCIATION OF NM INC., and ANESTHESIA ASSOCIATES OF EL PASO, P.A.,<br><br>     Defendants. | Case No.: 7:22-cv-9341-PMH<br><br>Hon. Philip M. Halpern<br><br>The motion to be relieved as counsel is deemed withdrawn and denied as moot. In light of the filing of an amended motion for preliminary settlement approval, the first motion is likewise denied as moot. The Clerk of Court is respectfully requested to terminate those pending motions (Doc. 74; Doc. 75).<br><br>SO ORDERED.<br><br>_____<br>Philip M. Halpern<br>United States District Judge<br><br>Dated:  White Plains, New York<br>            August 2, 2024 |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF RANDY POLK**

PLEASE TAKE NOTICE that Plaintiffs' Counsel hereby withdraws their Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff Randy Polk. ECF No. 75. Upon receiving a mailed copy of Plaintiffs' Counsel's Motion and this Court's Order, ECF No. 76, Mr. Polk contacted Plaintiffs' Counsel on July 31 indicating his approval of the settlement and desire to participate as a class representative. Mr. Polk explained that extenuating circumstances, including changed phone numbers and email addresses, as well as health issues, prevented him from contacting Plaintiffs' Counsel until now.

Plaintiffs will file an amended unopposed motion for preliminary approval that includes Mr. Polk in the Settlement.

-1-

3070891.1

-2-

Dated: August 1, 2024

By: */s/ Jason L. Lichtman*
    Jason L. Lichtman
    Sean A. Petterson
    Margaret Mattes Becko
    **LIEFF CABRASER HEIMANN**
    **& BERNSTEIN, LLP**
    250 Hudson Street, 8th Floor
    New York, New York 10013
    Telephone: 212.355.9500
    Email: jlichtman@lchb.com
          spetterson@lchb.com
          mbecko@lchb.com

    Michael W. Sobol (admitted *pro hac vice*)
    **LIEFF CABRASER HEIMANN**
    **& BERNSTEIN, LLP**
    275 Battery Street, 29th Floor
    San Francisco, CA 94111
    Telephone: 415.956.1000
    Email: msobol@lchb.com

    Todd S. Garber
    Andrew C. White
    **FINKELSTEIN, BLANKINSHIP,**
    **FREI-PEARSON & GARBER, LLP**
    One North Broadway, Suite 900
    White Plains, NY 10601
    Telephone: 914-298-3284
    Email: tgarber@fbfglaw.com
          awhite@fbfglaw.com