**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

IRENE CHABAK, ARMANDO CARRASCO, RANDY POLK, KELLY WILSON, THOMAS BOOTH HARRIS, SCOTT WEISCOPE, LAVINA HENDERSON, JEREMY HENDERSON, and RAYCINE SOMMERS, *individually and on behalf of all others similarly situated*,

       Plaintiffs,

v.

SOMNIA INC., ANESTHESIA SERVICES OF SAN JOAQUIN P.C., PALM SPRINGS ANESTHESIA SERVICES P.C., RESOURCE ANESTHESIOLOGY ASSOCIATES OF IL P.C., RESOURCE ANESTHESIOLOGY ASSOCIATES OF NM P.C., and ANESTHESIA ASSOCIATES OF EL PASO P.A.,

       Defendants.

Case No.: 7:22-cv-09341-PMH

Honorable Philip M. Halpern

---

**DECLARATION OF NAVID ZIVARI OF ANGEION GROUP**
**RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION**

I, Navid Zivari, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a Project Manager with Angeion Group, LLC ("Angeion"), the Claims Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2.     Angeion is not related to or affiliated with the Plaintiff, Class Counsel, the Defendants, or Defendants' Counsel.

3.     Angeion was appointed by this Court to implement the notice plan as set forth in

1

the Settlement pursuant to the Order Granting Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 82).

4.      Pursuant to Section 9.06 of the Class Action Settlement Agreement and Release ("Agreement") and consistent with my responsibilities as the Court-appointed Claims Administrator, I submit this declaration to provide the Parties and the Court with a summary of the work performed to implement the notice plan and other administrative tasks.

## NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT 28 U.S.C. § 1715

5.      On July 29, 2024, pursuant to 28 U.S.C. § 1715, Angeion, on behalf of Defendants, caused notice regarding the settlement to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States ("CAFA notice"). A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A**.

6.      On August 1, 2024, Plaintiffs' Amended Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 79) was filed with the Court.

7.      On August 9, 2024, Angeion caused an amended notice regarding the settlement to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States ("Amended CAFA notice"). A true and accurate copy of the Amended CAFA Notice is attached hereto as **Exhibit B**.

## CLASS LIST

8.      Pursuant to Section 9.01 of the Agreement, on or about September 6, 2024, Defendants' Counsel provided Angeion with three (3) spreadsheets containing names and contact information for Class Members. Angeion reviewed, merged and deduped the records provided resulting in a total of 553,257 unique Class Members (the "Class List").[1] Of the 553,257 unique records, 53,891[2] contained email addresses and 526,737 contained mailing addresses.

## EMAIL NOTICE

9.      Prior to sending the Email Notice, Angeion subjected the (non-minor) email

---

[1] The data provided to Angeion identified that 13,840 of the unique records were associated with a minor.
[2] There were 1,141 email addresses that were associated with a minor. Due to HIPAA concerns, Email Notice was not sent to these email addresses. Instead, they received a summary notice via U.S. Mail.

addresses on the Class List to a cleansing and verification process. As a result of this process, Angeion identified 44,376 valid emails.

10.     On October 3, 2024, Angeion caused the Email Notice to be sent to 44,376 records with validated email addresses, of which 36,378 were delivered and 7,998 were not delivered due to a hard bounce. A true and accurate copy of the Email Notice is attached hereto **Exhibit C.**

### MAIL NOTICE

11.     Angeion processed the mailing addresses on the Class List through the United States Postal Service ("USPS") National Change of Address ("NCOA") database to identify updated address information for individuals who have moved in the last four years and filed a change of address card with the USPS. The NCOA database provided 64,363 updated addresses for Class Members. Angeion updated the Class List with these updated addresses prior to mailing.

12.     Therefore, on October 3, 2024, thirty (30) days after the Court granted preliminary approval, Angeion caused the Direct Mail Notice to be mailed to the 512,963 non-minor Class Members with a valid mailing address via USPS first class mail, postage prepaid. A true and accurate copy of the Direct Mail Notice is attached hereto as **Exhibit D**.

13.     Also on October 3, 2024, Angeion caused notice of the Settlement ("Summary Notice") to be mailed to the parent or legal guardian of the 13,774 Class Members that were identified as minors who had a valid mailing address via USPS first class mail, postage prepaid. A true and accurate copy of the Summary Notice is attached hereto as **Exhibit E**.

14.     As of April 10, 2025, a total of 2,883 notices have been returned by the USPS as undeliverable with a forwarding address. These notices have been re-mailed to the updated forwarding address.

15.     As of April 10, 2025, the USPS returned a total of 64,857 notices as undeliverable without a forwarding address. Angeion conducted address verification searches ("skip traces") in an attempt to locate updated addresses. Angeion identified 47,718 updated addresses via skip tracing. Angeion updated the Class Member database and re-mailed notices to the 47,718 Class Members for whom updated addresses were identified via the skip trace process. Of the re-mailed notices, the USPS returned 7,074 notices as undeliverable a second time.

## SETTLEMENT WEBSITE

16.     On October 3, 2024, Angeion established the following website dedicated to this Settlement: www.somniasettlement.com ("Settlement Website"). The Settlement Website was designed to be user friendly and make it easy for Class Members to find answers to frequently asked questions, important dates and deadlines, and the contact information for the Claims Administrator.

17.     During the Claims Period, Class Members were able to securely submit a Claim Form via a customized online portal on the Settlement Website. The Settlement Website also allows Class Members to view or download copies of the Claim Form, Long Form Notice, Settlement Agreement and Release, Preliminary Approval Order, Motion for Attorneys' Fees, Expenses, and Service Awards, and other settlement related documents. True and accurate copies of the Long Form Notice and Claim Form are attached hereto as **Exhibit F** and **Exhibit G** respectively.

18.     As of April 10, 2025, the Settlement Website has received 36,012 unique visitors totaling 88,489 page views.

## TOLL-FREE HOTLINE

19.     On October 3, 2024, Angeion also established a toll-free hotline dedicated to this Settlement to further apprise Class Members of their rights and options in the Settlement: 1-877-621-2343. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. Class Members may also leave a message for the Claims Administrator to provide updated information, request a copy of the notice and/or Claim Form be mailed to them, or to request a callback. The toll-free hotline is accessible 24 hours a day, 7 days a week.

## CLAIM FORM SUBMISSIONS

20.     Pursuant to Section 2.11 of the Agreement, the Claims Deadline was January 2, 2025, 90 days from the Settlement Notice Date. As of April 10, 2025, Angeion has received 13,417 Claim Forms (13,084 via the online portal and 333 via mail).

21.     Angeion has completed its review of the 13,417 Claim Forms received. A

breakdown of the final claims statuses is provided in the table below:

| Claim Status | Count |
|---|---|
| Approved | 13,102 |
| Duplicate | 117 |
| Denied – Claim Submitted by non-Class Member | 141 |
| Denied – Untimely Claim Submission | 57 |
| **Total** | **13,417** |

22.     There is a total count of 13,971 Settlement benefits attributable to the 13,102 approved Claim Forms, meaning that 869 Class Members are entitled to both a Default Settlement Payment and Reimbursement for Out-of-Pocket Losses. For those Class Members who are only eligible for a Default Settlement Payment, there were 3,776 valid claims made by the California Subclass and 9,326 valid claims made by Class Members (who do not reside in California).

23.     For purposes of this Declaration, I am calculating the value of the Default Settlement Payment based on the assumption that the Settlement Fund will consist of $1,182,066.63. This figure is the result of the Settlement Fund ($2,425,000) less the requested attorneys' fees ($1,000,000), requested reimbursement of reasonable costs ($50,294.92), requested service awards of $1,000 to each of the nine Plaintiffs ($9,000), the costs of notice and settlement administration ($183,564.65), and the total value of the 869 valid claims for Out-of-Pocket Losses ($79.046.23).

24.     Based on these assumptions, the Default Settlement Payment amount is $53.40. Therefore Class Members will receive that amount and California Subclass Members will receive $160.21. Additionally, the average value of the Out-of-Pocket Losses is $90.96.

<u>**EXCLUSION REQUESTS AND OBJECTIONS**</u>

25.     Pursuant to Section 2.34 of the Agreement, the deadline for Class Members to exclude themselves from the Settlement was December 2, 2024. As of April 1, 2025, Angeion has received 65 requests for exclusion for class members. A table summarizing the exclusions received is attached hereto as **Exhibit H**.

26.     Pursuant to Section 2.33 of the Agreement, the deadline for Class Members to object to the Settlement was December 2, 2024. Angeion has not received any objections to the Settlement.

## <u>NOTICE AND ADMINISTRATION COSTS</u>

27.    Through February 28, 2025, the total cost to provide notice and administration services was $157,759.98. Angeion estimates that the remaining cost to administer the Settlement through its completion will be approximately $25,805.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2025

*Navid Zivari*
NAVID ZIVARI

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

July 29, 2024

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:** **Notice of Class Action Settlement**
*Chabak v. Somnia, Inc.*, Case No. 7:22-cv-09341

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendants in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Chabak v. Somnia, Inc.*
> **Index Number:** 7:22-cv-09341
> **Jurisdiction:** United States District Court, Southern District of New York (White Plains)
> **Date Settlement Filed with Court:** July 19, 2024

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa/.

1.  **28 U.S.C. § 1715(b)(1)-Complaint:** *Class Action Complaint* filed with the Court on October 31, 2022; *Amended Class Action Complaint* filed with the Court on March 2, 2023.

2.  **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The are no judicial hearings currently scheduled.

3.  **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** *Long Form Notice, Email Notice, Postcard Notice*, and *Claim Form*, filed with the Court on July 19, 2024.

4.  **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** *Settlement Agreement and Release*, filed with the Court on July 19, 2024.

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement and matters referred to therein, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or Notice of Dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains approximately 540,396 Settlement Class Members located throughout the United States and U.S. territories. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on the Class Members' submission of a claim form. A detailed breakdown of the approximately 540,396 individuals is available at https://www.angeiongroup.com/cafa/.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time. The *Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement* is available at https://www.angeiongroup.com/cafa/.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

2

Exhibit B



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

August 9, 2024

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

Re:     **Update to July 29, 2024, Notice of Class Action Settlement**
        *Chabak v. Somnia, Inc.*, Case No. 7:22-cv-09341

Dear Counsel or Official:

As a follow up to our CAFA Notice dated July 29, 2024, Angeion Group, an independent claims administrator, writes to provide an update on behalf of the Defendants in the above-referenced matter pending in the United States District Court for the Southern District of New York (White Plains).

The *Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement* was filed with the Court on July 17, 2024 ("Motion"). On August 1, 2024, the Plaintiffs submitted the *Notice of Motion and Unopposed Amended Motion for Preliminary Approval of Class Action Settlement* with the Court ("Amended Motion"), which seeks preliminary approval of a slightly amended version of the same Settlement Agreement and Release attached to the Motion. Based on the filing of Amended Motion, the Court denied the Motion as moot.

> **Case Name:**  *Chabak v. Somnia, Inc.*
> **Index Number:** 7:22-cv-09341
> **Jurisdiction:** United States District Court, Southern District of New York (White Plains)
> **Date Amended Settlement Filed with Court:** August 1, 2024

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa/.

1.  **28 U.S.C. § 1715(b)(1)-Complaint:**  *Class Action Complaint* filed with the Court on October 31, 2022; *Amended Class Action Complaint* filed with the Court on March 2, 2023.

2.  **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The are no judicial hearings currently scheduled. *Plaintiffs' Notice of Filing Amended Settlement Agreement and Exhibits* was filed with the United States District Court, Southern District of New York (White Plains) on August 1, 2024.

3.  **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** *Long Form Notice, Email Notice, Postcard Notice*, and *Claim Form*, filed with the Court on August 1, 2024.

4.  **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** *Amended Settlement Agreement and Release*, filed with the Court on August 1, 2024.

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the *Class Action Settlement Agreement and Release* and the *Amended Class Action Settlement Agreement and Release*, no other settlements or other agreements have been contemporaneously made between the parties.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or Notice of Dismissal as of the date of this CAFA Notice.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains approximately 540,396 Settlement Class Members located throughout the United States and U.S. territories. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on the Class Members' submission of a claim form. A detailed breakdown of the approximately 540,396 individuals is available at https://www.angeiongroup.com/cafa/.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time. The *Plaintiffs' Amended Motion for Preliminary Approval of Class Action Settlement* is available at https://www.angeiongroup.com/cafa/.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f) 215-563-8839

34013366.1

# Exhibit C

**From: info@somniasettlement.com** *Somnia Security Incident Settlement Administrator*
**Subject: Notice of Somnia Security Incident Settlement**

██
**Notice ID:** ███████
**Confirmation Code:** ████████████

*This is an official email from the Somnia Security Incident Settlement Administrator.*

**A federal court authorized this notice. This is not a solicitation from a lawyer.
You are not being sued.**

**If you are an individual who received anesthesiology services from** ███████████ **and
whose Personal Information was potentially at risk as a result of the Security Incident that
occurred on July 11, 2022, you may be entitled to compensation from a class action
settlement.**

***Your legal rights are affected whether you act or do not act. Read this Notice carefully.***

A proposed Settlement has been reached with Somnia, Inc., Anesthesia Services of San Joaquin
P.C., Palm Springs Anesthesia Services P.C., Resource Anesthesiology Associates of IL P.C.,
Resource Anesthesiology Association of NM Inc., and Anesthesia Associates of El Paso, P.A.
("Defendants") over the Security Incident that Somnia experienced on July 11, 2022, where threat
actors exfiltrated personal information and health information from Somnia's systems (the
"Security Incident"). Plaintiffs claim that Defendants did not adequately protect their personal
information. Defendants deny any wrongdoing. No judgment or determination of wrongdoing has
been made.

- **Who's Included?** Records indicate that you are included in this Settlement as a Class
  Member. The Class includes all natural persons residing in the United States whose
  Personal Information was compromised in the security incident.

- **What does the Settlement provide?** Defendants will establish a $2,425,000 Settlement
  Fund that will be used to pay for cash payments of up to $2,500 for reimbursement of Out-
  of-Pocket Losses and pro-rated shares of the Settlement Fund (the "Default Settlement
  Payment"), with California residents receiving three shares and non-Californians receiving
  one share, attorneys' fees and costs of notice and administration. All cash payments may
  be adjusted pro rata depending on the number of Class Members that participate in the
  Settlement.

- **How Can You Get a Payment?** You must submit a Claim Form, including any required
  documentation. You must make a Claim by **January 2, 2025** to receive payment. You may
  file a Claim online at **www.somniasettlement.com** or get a paper Claim Form at the website
  and file by mail.

- **Your Other Options.** If you file a Claim Form, object to the Settlement and/or attorneys' fees and expenses, or do nothing, you are choosing to stay in the Settlement. You will be legally bound by all orders of the Court and you will not be able to start, continue, or be part of any other lawsuit against Defendants or any Released Party about the Security Incident. If you don't want to be legally bound by the Settlement or to receive any benefits from it, you must exclude yourself by **December 2, 2024**. If you do not exclude yourself, you may object to the Settlement and attorneys' fees and expenses by **December 2, 2024**. **Please visit www.somniasettlement.com for additional information on how to exclude yourself from, or object to, the Settlement.**

- **Final Approval Hearing.** The Court has scheduled a hearing in this case for **April 28, 2025**, to consider whether to approve the Settlement, attorneys' fees and costs of up to $1,000,000, Service Awards of up to $1,000 for the Representative Plaintiffs, as well as any objections. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to.

- For complete information about all of your rights and options, as well as Claim Forms, the Long Form Notice, and Settlement Agreement visit www.somniasettlement.com. The capitalized terms used in this Notice are defined in the Settlement Agreement, which is available on the Settlement Website. (www.somniasettlement.com).

Regards,

Somnia Security Incident Settlement Administrator

www.somniasettlement.com

*Unsubscribe*

# Exhibit D

**LEGAL NOTICE
ONLY TO BE OPENED
BY THE INTENDED
RECIPIENT**

**A FEDERAL COURT
AUTHORIZED THIS NOTICE.**

**YOU ARE NOT BEING SUED.**

*You May Be Entitled to Money
From A Class Action Settlement.
Read The Enclosed Notice For
More Information.*

**Visit www.somniasettlement.com
to submit a Claim Form
online or to download a
Claim Form to complete and
return by mail.**

Somnia Security Incident
Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAG

**Electronic Service
Requested**

Postal Service: Please do not mark barcode

Notice ID: 
Confirmation Code:

A  54841  T98  P2  4  ********AUTO**ALL FOR AADC 100



**SOMNIA SECURITY INCIDENT
CONTACT INFORMATION
UPDATE FORM
THIS IS NOT A CLAIM FORM**





To notify the Settlement Administrator of any change in your contact information, you may fill out this section and return it to the Settlement Administrator by mail.

First Name                                        MI        Last Name

Mailing Address

City                                        State        Zip Code

Email Address

Phone Number

**Questions? Visit www.somniasettlement.com or call toll-free 1-877-621-2343.
Chabak v. Somnia, Inc., Case No. 7:22-cv-9341 (S.D.N.Y.)**

A proposed Settlement has been reached with Somnia, Inc., Anesthesia Services of San Joaquin P.C., Palm Springs Anesthesia Services P.C., Resource Anesthesiology Associates of IL P.C., Resource Anesthesiology Association of NM Inc., and Anesthesia Associates of El Paso, P.A. ("Defendants") over the security incident that Somnia experienced on July 11, 2022, where threat actors exfiltrated personal information and health information from Somnia's systems. Plaintiffs claim that Defendants did not adequately protect their personal information. Defendants deny any wrongdoing. No judgment or determination of wrongdoing has been made.

**Who's Included?** Records indicate that you are included in this Settlement as a Class Member. The Class includes all natural persons residing in the United States whose Personal Information was compromised in the Security Incident.

**What does the Settlement provide?** Defendants will establish a $2,425,000 Settlement Fund that will be used to pay for cash payments of up to $2,500 for reimbursement of Out-of-Pocket Losses and pro-rated shares of the Settlement Fund (the "Default Settlement Payment"), with California residents receiving three shares and non-Californians receiving one share, attorneys' fees, and costs of notice and administration. All cash payments may be adjusted pro rata depending on the number of Class Members that participate in the Settlement.

**How Can You Get a Payment?** You must submit a Claim Form, including any required documentation. You must make a Claim by **January 2, 2025** to receive payment. You may file a Claim online at **www.somniasettlement.com** or get a paper Claim Form at the website and file by mail. **When filing your Claim use your unique Notice ID Number, printed on the other side of this Postcard.** Your claim must be postmarked or submitted online by **January 2, 2025.**

**Your Other Options.** If you file a Claim Form, object to the Settlement and attorneys' fees and expenses, or do nothing, you are choosing to stay in the Settlement. You will be legally bound by all orders of the Court and you will not be able to start, continue, or be part of any other lawsuit against Defendants or any Released Party about the Security Incident. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by **December 2, 2024.** If you do not exclude yourself, you may object to the Settlement and attorneys' fees and expenses by **December 2, 2024.**

The Court has scheduled a hearing in this case for **April 28, 2025**, to consider whether to approve the Settlement, attorneys' fees of up to $1 million and costs, Service Awards of up to $1,000 for the Class Representatives, as well as any objections. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to.

For complete information about all of your rights and options, as well as the Claim Form, the Long Form Notice and Settlement Agreement visit **www.somniasettlement.com**. The capitalized terms used in this Notice are defined in the Settlement Agreement, which is available on the Settlement Website.



Postage Required Post Office will not deliver without proper postage**.**

**SOMNIA SECURITY INCIDENT
SETTLEMENT ADMINISTRATOR
1650 ARCH ST STE 2210
PHILADELPHIA PA  19103-2041**

# Exhibit E

# LEGAL NOTICE

## ONLY TO BE OPENED BY THE INTENDED RECIPIENT

A Federal Court authorized this Notice.

*You are <u>not</u> being sued.*

*You May Be Entitled to Money From A Class Action Settlement. Read The Enclosed Notice For More Information.*

Notice ID: ███████████

Confirmation Code: ███████████

To the Parent or Guardian of ███████████ :

A proposed Settlement has been reached with Somnia, Inc., Anesthesia Services of San Joaquin P.C., Palm Springs Anesthesia Services P.C., Resource Anesthesiology Associates of IL P.C., Resource Anesthesiology Association of NM Inc., and Anesthesia Associates of El Paso, P.A. ("Defendants") over the security incident that Somnia experienced on July 11, 2022, where threat actors exfiltrated personal information and health information from Somnia's systems. Plaintiffs claim that Defendants did not adequately protect their personal information. Defendants deny any wrongdoing. No judgment or determination of wrongdoing has been made.

**Who's Included?** Records indicate that you are included in this Settlement as a Class Member. The Class includes all natural persons residing in the United States whose Personal Information was compromised in the Security Incident.

**What does the Settlement provide?** Defendants will establish a $2,425,000 Settlement Fund that will be used to pay for cash payments of up to $2,500 for reimbursement of Out-of-Pocket Losses and pro-rated shares of the Settlement Fund (the "Default Settlement Payment"), with California residents receiving three shares and non-Californians receiving one share, attorneys' fees, and costs of notice and administration. All cash payments may be adjusted pro rata depending on the number of Class Members that participate in the Settlement.

**How Can You Get a Payment?** You must submit a Claim Form, including any required documentation. You must make a Claim by January 2, 2025, to receive payment. You may file a Claim online at www.somniasettlement.com or get a paper Claim Form at the website and file by mail. **When filing your Claim use your unique Notice ID Number, printed on the top of this notice.** Your claim must be postmarked or submitted online by January 2, 2025.

**Your Other Options.** If you file a Claim Form, object to the Settlement and attorneys' fees and expenses, or do nothing, you are choosing to stay in the Settlement. You will be legally bound by all orders of the Court and you will not be able to start, continue, or be part of any other lawsuit against Defendants or any Released Party about the Security Incident. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by December 2, 2024. If you do not exclude yourself, you may object to the Settlement and attorneys' fees and expenses by December 2, 2024.

The Court has scheduled a hearing in this case for April 28, 2025, to consider whether to approve the Settlement, attorneys' fees of up to $1 million and costs, Service Awards of up to $1,000 for the Class Representatives, as well as any objections. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to.

For complete information about all of your rights and options, as well as the Claim Form, the Long Form Notice and Settlement Agreement visit **www.somniasettlement.com**. The capitalized terms used in this Notice are defined in the Settlement Agreement, which is available on the Settlement Website.

1-12129/1/40/1

TO THE PARENT OR GUARDIAN OF

Confirmation Code:

Notice ID:

# Exhibit F

**<u>In the United States District Court for the Southern District of New York</u>**

**If you are an individual who received anesthesiology services from an anesthesiology practice managed by Somnia, Inc. and whose Personal Information was potentially at risk as a result of the Security Incident that occurred on July 11, 2022, you may be entitled to compensation from a class action settlement.**

*A court authorized this notice. This is not a solicitation from a lawyer.*

**<u>THIS NOTICE MAY AFFECT YOUR RIGHTS. PLEASE READ IT CAREFULLY.</u>**

- A proposed Settlement has been reached with Somnia, Inc. ("Somnia"), Anesthesia Services of San Joaquin P.C., Palm Springs Anesthesia Services P.C., Resource Anesthesiology Associates of IL P.C., Resource Anesthesiology Association of NM Inc., and Anesthesia Associates of El Paso, P.A. ("Defendants") over the security incident that occurred on July 11, 2022, where threat actors exfiltrated personal information and health information from Somnia's systems (the "Security Incident").

- The Class includes all natural persons residing in the United States whose Personal Information was compromised in the Security Incident. You may be a class member if you received anesthesiology services from any of the following providers:

  - Resource Anesthesiology Associates of NY
  - NY Anesthesia Services PC
  - Resource Anesthesia Associates of NC DB RAA of WA
  - Somnia Pain Mgt of PA PC
  - Resource Anesthesiology Associates of NJ, LLC
  - CA Outpatient Anesthesia Services PC
  - Massachusetts Anesthesiology Associates P.C.
  - Medical Anesthesia Services of Northern California PC
  - Resource Anesthesiology Associates of MD, LLC
  - Resource Anesthesiology Associates of KY, P.S.C.
  - Union Anesthesia Services PC
  - Outpatient Medical Services PC
  - Resource Anesthesiology Associates of OH LLC
  - Tristate Anesthesiology Associates, P.C.
  - Manassas Surgery Center Anesthesia Services
  - Mid-Westchester Anesthesia Services PC
  - Resource Anesthesiology Associates of PA PC
  - Resource Anesthesiology Associates of IN LLC

**Questions? Go to <u>www.somniasettlement.com</u> or call toll-free 1-877-621-2343**
**This Settlement affects your legal rights even if you do nothing.**

- Lynbrook Anesthesia Services PC
- Resource Anesthesiology Associates of VA LLC
- Resource Anesthesiology Associates of CT PC
- Fredericksburg Anesthesia Associates LLC
- Resource Anesthesiology Associates of KY PSC
- Upstate Anesthesia Services PC
- Saddlebrook Anesthesia Services PC
- Somnia Pain Management of KY, P.S.C.
- Resource Anesthesiology Associates of MO LLC
- Anesthesia Associates of Maryland LLC
- Hazleton Anesthesia Services PC
- Grayling Anesthesia Associates PC
- Resource Anesthesiology Associates of CA, A Medical Corporation
- Bronx Anesthesia Services PC
- Resource Anesthesiology Associates of IL PC
- Resource Anesthesiology Associates of MI PC
- Primary Anesthesia Services
- Resource Anesthesiology Associates PC
- Resource Anesthesiology Associates of NM Inc.
- Anesthesia Associates of El Paso PA
- Anesthesia Services of San Joaquin PC
- Palm Springs Anesthesia Services PC
- Providence WA Anesthesia Services PC

- Under the Settlement, Defendants have agreed to establish a $2,425,000 Settlement Fund to: (1) provide cash payments to Class Members for reimbursement of up to $2,500 for reimbursement of Out-of-Pocket Losses, which includes up to $20 per hour for up to twenty hours of lost time related to documented fraud, identity theft, or actual misuse plausibly traceable to the Security Incident where the lost time is supported by reasonable documentation or five hours if the lost time is supported by self-certification and reasonable documentation of other Out-of-Pocket Losses; (2) provide pro-rata shares in cash of the Settlement Fund (the "Default Settlement Payment"), with California residents receiving three shares and non-Californians receiving one share; (3) the costs of settlement administration, court-approved attorneys' fees and expenses, and service awards for named Plaintiffs.

**<u>You should read this entire Notice carefully</u>.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **OPTION** | **RESULT** |
| **SUBMIT A CLAIM FORM**<br>**Deadline: January 2, 2025** | Submitting a Claim Form is the only way that you can receive any of the benefits provided by this Settlement, including reimbursement of Out-of-Pocket Losses plausibly traceable to the Security Incident; and a Default Settlement Payment (for Californians and non-Californians).<br><br>If you submit a Claim Form, you will give up the right to sue Defendants in a separate lawsuit about the legal claims this Settlement resolves. |
| **EXCLUDE YOURSELF OR "OPT OUT" OF THE SETTLEMENT**<br>**Deadline: December 2, 2024** | This is the only option that allows you to sue, continue to sue, or be part of another lawsuit against Defendants for the claims this Settlement resolves.<br><br>If you exclude yourself, you will give up the right to receive any benefits from this Settlement. |
| **OBJECT TO OR COMMENT ON THE SETTLEMENT**<br>**Deadline: December 2, 2024** | You may object to the Settlement and requested Attorneys' fees and expenses by writing to the Court and informing it why you don't think the Settlement or the requested attorneys' fees and expenses should be approved.<br><br>You also may write the Court to provide comments or reasons why you support the Settlement.<br><br>If you object, you also may file a Claim Form to receive Settlement benefits, but you will give up the right to sue Defendants in a separate lawsuit about the legal claims this Settlement resolves. |
| **GO TO THE FINAL FAIRNESS HEARING**<br>**DATE: April 28, 2025** | You can attend the Final Fairness Hearing where the Court may hear arguments concerning approval of the Settlement. If you wish to speak at the Final Fairness Hearing, you must make a request to do so in your written objection or comment. You are <u>not</u> required to attend the Final Fairness Hearing. |
| **DO NOTHING** | If you do nothing, you will not receive any of the Settlement benefits and you will give up your rights to sue Defendants for the claims this Settlement resolves. |

- These rights and options – and the deadlines to exercise them – are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the Settlement and the requested attorneys' fees and expenses. No Settlement benefits or payments will be provided unless the Court approves the Settlement, and it becomes final.

**Questions? Go to www.somniasettlement.com or call toll-free 1-877-621-2343**
**This Settlement affects your legal rights even if you do nothing.**

## BASIC INFORMATION

| 1. Why was this notice issued? |
|---|

A Court authorized this Notice because you have the right to know about a proposed Settlement of this class action lawsuit, and about all of your options, before the Court decides whether to approve the Settlement. If the Court approves the Settlement and after any objections or appeals are resolved, an administrator appointed by the Court will make the payments that the Settlement allows to individuals who submit Claim Forms. Because your rights will be affected by this Settlement, it is extremely important that you read this notice carefully.

The Plaintiffs and Defendants have reached a proposed Settlement of this matter that will affect your rights. The people who sued are called the Plaintiffs. The companies they are suing: Somnia, Inc., Anesthesia Services of San Joaquin P.C., Palm Springs Anesthesia Services P.C., Resource Anesthesiology Associates of IL P.C., Resource Anesthesiology Association of NM Inc., and Anesthesia Associates of El Paso, P.A., are called the Defendants.

Judge Philip M. Halpern of the United States District Court for the Southern District of New York is overseeing this case. The case is known as *Chabak v. Somnia, Inc.*, Case No. 7:22-cv-9341. The judge has authorized this notice to explain all of your options before the Court decides whether to approve the Settlement. If the Court approves the Settlement and if such approval is final with respect to appeal(s), if any, an administrator appointed by the Court will make the payments and take other actions that the Settlement allows. Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

| 2. What is a class action? |
|---|

A class action lawsuit is a lawsuit in which the claims and rights of many people are decided in a single court proceeding. In a class action, one or more people called Class Representatives (in this case, Irene Chabak, Armando Carrasco, Kelly Wilson, Randy Polk, Thomas Booth Harris, Scott Weiscope, Lavina Henderson, Jeremy Henderson, and Raycine Sommers) sue on behalf of people who have similar claims. All these people are called Class members. One court resolves the issues for all Class members, except for those who exclude themselves from the Class.

## WHAT THE LAWSUIT IS ABOUT

| 3. What is this lawsuit about? |
|---|

On or about July 11, 2022, Somnia's computer systems were the target of an external criminal cyberattack (the "Security Incident"). Certain data that could have been accessed by the threat actors included names, dates of birth, driver's license numbers, Social Security numbers, financial account information, health insurance policy numbers, Medical Record numbers, Medicaid or Medicare IDs, and health information such as treatment and diagnostic information.

The Plaintiffs claim that Defendants failed adequately to protect their personal information and that they were injured as a result. Defendants deny any wrongdoing, and no court or other entity has made any judgment or other determination of any wrongdoing or that the law has been violated. Defendants deny these and all other claims made in the Action. By entering into the Settlement, Defendants are not admitting that they did anything wrong.

## 4. Why is there a Settlement?

The Plaintiffs and Defendants do not agree about the claims made in this Action. The Action has not gone to trial and the Court has not decided in favor of the Plaintiffs or Defendants. Instead, the Plaintiffs and Defendants have agreed to settle the Action. The Plaintiffs and the attorneys for the Class ("Class Counsel") believe the Settlement is best for all Class Members because of the risks and uncertainty associated with continued litigation and the nature of the defenses raised by Defendants.

### WHO IS IN THE SETTLEMENT

## 5. How do I know if I am part of this?

If you received a postcard or email Notice of this Settlement, you have been identified by the Settlement Administrator as a Class Member. More specifically, you are a Class Member, and you are affected by this Settlement, if your Personal Information was compromised in the Security Incident.

## 6. Are there exceptions to being included in the Settlement?

Yes, the Settlement excludes as Class Members: the Defendants, their subsidiaries, parent companies, successors, predecessors, and any entity in which Defendants or their parents have a controlling interest and their current or former officers and directors; the Judge presiding over the Action and members of his family; and any individual who timely and validly requests to be excluded from the Settlement Class.

### SETTLEMENT BENEFITS—WHAT YOU GET

## 7. What does the Settlement Provide?

Defendants have agreed to create a common fund of two million four hundred and twenty-five thousand dollars ($2,425,000) to pay cash awards to Class Members, pay the costs of administration of the settlement, and pay attorneys' fees, expenses, and any service award to the Class Representatives, as approved by the Court. The Settlement will provide Class Members with the following benefits:

- Cash Payments for reimbursement of Out-of-Pocket Losses;
- Default Settlement Payments (with three pro-rata shares for Californians and one pro-rata share for non-Californians).

## 8. Tell me more about the Cash Payments for reimbursement of Out-of-Pocket Losses.

If you spent money remedying or addressing identity theft and fraud that was plausibly traceable to the Security Incident, or you spent money to protect yourself from future harm because of the Security Incident, you may make a claim for reimbursement of up to $2,500 in Out-of-Pocket Losses.

Out-of-Pocket Losses consist of unreimbursed losses or expenditures that you actually incurred on or after July 11, 2022 through the date of your claim submission, that are plausibly traceable to the Security Incident, including expenses related to identity theft or fraud that is traceable to the Security Incident. For example, late fees, declined payment fees, overdraft fees, returned check fees, customer service fees, card cancellation or replacement fees, credit-related costs associated with purchasing credit reports, credit monitoring, or identity theft protection, costs to place a freeze or alert on credit reports, and costs to replace a driver's license, state identification card, or a social security number due to fraud plausibly traceable to the Security Incident. Other losses or costs plausibly traceable to the Security Incident may also be eligible for reimbursement.

Out-of-Pocket Losses may also include payment for time spent taking actions intended to remedy fraud, identity theft, or other actual misuse of your Personal Information that is plausibly traceable to the Security Incident and supported by Reasonable Documentation, which may also be eligible for reimbursement. If you spent time remedying or addressing issues plausibly traceable to the Security Incident, you may submit a claim for a cash payment of $20 per hour for up to twenty hours of time (up to $400) by submitting a Claim Form with Reasonable Documentation related to such lost time.

If you do not provide Reasonable Documentation related to your lost time, but you have Reasonable Documentation of fraud, identity theft, or other actual misuses of your Personal Information traceable to the Security Incident, you may instead qualify for a cash payment of $20 per hour for up to five hours of time (up to $100) by self-certifying the amount of time you spent on the Claim Form. This is referred to as "Self-Certified Time."

Claims for cash payments for Out-of-Pocket Losses must be supported by Reasonable Documentation, with the exception of the documentation of time in claims for Self-Certified Time (which still require Reasonable Documentation of the fraud, identity theft, or other actual misuse). Reasonable Documentation means written documents supporting your claim, such as credit card statements, bank statements, invoices, telephone records, and receipts.

Individual cash payments may be reduced pro rata depending on the number of Class Members that participate in the Settlement.

## 9. Tell me more about Default Settlement Payments.

If you do not submit a claim for Out-of-Pocket Losses, you may still request compensation. This is referred to as the "Default Settlement Payment." To receive the Default Settlement Payment, you must submit a Claim Form.

You are not required to provide Reasonable Documentation with your Claim Form to receive the Default Settlement Payment. If you file a Claim Form for Out-of-Pocket Losses, you will also automatically be entitled to a Default Settlement Payment.

Each Californian who submits a claim for a Default Settlement Payment will be entitled to three "shares" for purposes of this claims process. Each non-Californian will be entitled to one "share" for purposes of this claims process. This reflects the fact that Californians in the Action brought a claim under the California Confidentiality of Medical Information Act ("CMIA"). The amount of each "share" will be determined after deducting administrative expenses, any payments to the class representatives, attorneys' fees and expenses as approved by the Court, and Out-of-Pocket Losses.

## YOUR RIGHTS AND OPTIONS

### 10. What am I giving up to get a payment or stay in the Settlement?

Unless you exclude yourself, you are choosing to remain in the Class. If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. You won't be able to sue, continue to sue, or be part of any other lawsuit against Defendants about the legal issues in this Action that are released by this Settlement. The specific rights you are giving up are called Released Claims (see next question).

### 11. What are the Released Claims?

If you do not exclude yourself from the Settlement, you will be unable to file another lawsuit involving any of the claims described and identified herein, and you will release Somnia, Inc., Anesthesia Services of San Joaquin P.C., Palm Springs Anesthesia Services P.C., Resource Anesthesiology Associates of IL P.C., Resource Anesthesiology Association of NM Inc., Anesthesia Associates of El Paso, P.A., Resource Anesthesiology Associates of NY, NY Anesthesia Services PC, Resource Anesthesia Associates of NC DB RAA of WA, Somnia Pain Mgt of PA PC, Resource Anesthesiology Associates of NJ, LLC, CA Outpatient Anesthesia Services PC, Massachusetts Anesthesiology Associates P.C., Medical Anesthesia Services of Northern California PC, Resource Anesthesiology Associates of MD, LLC, Resource Anesthesiology Associates of KY, P.S.C., Union Anesthesia Services PC, Outpatient Medical Services PC, Resource Anesthesiology Associates of OH LLC, Tristate Anesthesiology Associates, P.C., Manassas Surgery Center Anesthesia Services, Mid-Westchester Anesthesia Services PC, Resource Anesthesiology Associates of PA PC, Resource Anesthesiology Associates of IN LLC, Lynbrook Anesthesia Services PC, Resource Anesthesiology Associates of VA LLC, Resource Anesthesiology Associates of CT PC, Fredericksburg Anesthesia Associates LLC, Resource Anesthesiology Associates of KY PSC, Upstate Anesthesia Services PC, Saddlebrook Anesthesia Services PC, Somnia Pain Management of KY, P.S.C., Resource Anesthesiology Associates of MO LLC, Anesthesia Associates of Maryland LLC, Hazleton Anesthesia Services PC, Grayling Anesthesia Associates PC, Resource Anesthesiology Associates of CA, A Medical Corporation, Bronx Anesthesia Services PC, Resource Anesthesiology Associates of MI PC, Primary Anesthesia Services, Resource Anesthesiology Associates PC, and Providence WA Anesthesia Services PC and the "Released Parties" (defined as Defendants and their respective direct and indirect, parents, subsidiaries, affiliated companies and corporations (including, without limitation, entities under common ownership with Defendants), successors, and predecessors in interest, and each of their

respective past, present, and future directors, officers, managers, owners, employees, general partners, limited partners, principals, insurers, reinsurers, shareholders, vendors, attorneys, advisors, representatives, predecessors, successors, divisions, assigns, or related entities, and each of their executors, successors, and legal representatives).

Remaining in the Class, whether or not you submit a Claim Form, means that you, as well as your respective heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest, assigns, all those who claim through them or who assert or could assert claims on their behalf release, resolve, relinquish, and discharge each and every one of the Released Parties from each of the Released Claims (as defined below). You further agree that you and they will not institute any action or cause of action (in law, in equity, or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which they may have or claim to have, in state or federal court, in arbitration, or with any state, federal, or local government agency or with any administrative or advisory body, arising from or related in any way to the Released Claims.

The Released Claims are any and all past and present claims or causes of action, brought or that could have been brought in the First Amended Complaint, including Unknown Claims, arising from or related to the Data Breach. The Released Claims specifically extend to claims that Plaintiffs and Settlement Class Members do not know or suspect to exist in their favor at the time that the Settlement Agreement and the releases contained therein become effective. This release will be interpreted to the fullest extent of the law.

Remaining in the Settlement also means that you further agree and covenant not to sue any of the Released Parties with respect to any of the Released Claims, or otherwise to assist others in doing so, and agree to be forever barred from doing so, in any court of law or equity, or any other forum.

The Settlement Agreement (available at www.somniasettlement.com) provides more detail regarding the release and describes the Released Parties and Released Claims with accurate legal terminology, so read it carefully. You can talk to the law firms representing the Class listed in the "Do I have a lawyer in this case?" section below for free or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Parties or the Released Claims or what they mean.

The release does not apply to Class Members who timely opt-out of or exclude themselves from the Settlement.

## HOW TO GET SETTLEMENT BENEFITS—SUBMITTING A CLAIM FORM

### 12. How do I make a claim for Settlement Benefits?

You must submit a valid and timely Claim Form to receive a cash award by **January 2, 2025**. Claim Forms may be submitted online at www.somniasettlement.com or printed from the website and mailed to the Claims Administrator at the address on the form. Claim Forms are also available by writing to Somnia Security Incident Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, or by emailing info@somniasettlement.com. The quickest way to file a claim is online.

If you received a Notice by mail or email, use your Notice Identification Number to file your Claim Form. If you lost or do not know your Notice Identification Number, you may still submit a Claim Form without it.

You may file a claim for Out-of-Pocket Losses or the Default Settlement Payment; anyone who files a claim for Out-of-Pocket Losses will automatically receive the Default Settlement Payment as well.

### 13. How do I make a claim for a cash payment for reimbursement of my Out-of-Pocket Losses?

To file a claim for a cash payment of up to $2,500 for reimbursement of Out-of-Pocket Losses, you must submit a valid Claim Form electing to receive a payment for Out-of-Pocket Losses. The Claim Form requires that you sign the attestation regarding the information you provided and that you include Reasonable Documentation, such as credit card statements, bank statements, invoices, telephone records, and receipts.

To file a claim for cash payment of up to $400 for Out-of-Pocket Losses for time spent remedying or addressing issues plausibly traceable to the Security Incident, you must submit a valid Claim Form electing to receive a payment for Out-of-Pocket Losses for time lost. The Claim Form requires that you sign the attestation regarding the information you provided and that you include Reasonable Documentation, such as credit card statements, bank statements, invoices, telephone records, and receipts.

If you submit Reasonable Documentation of fraud, identity theft, or other misuse of your Personal Information plausibly traceable to the Security Incident, but you do not provide Reasonable Documentation for time lost, you may instead file a claim for a cash payment of up to $100 for Self-Certified Time. To file a claim for cash payment of up to $100 for Out-of-Pocket Losses for Self-Certified Time, you must self-certify the amount of your lost time on the Claim Form.

If your claim for Out-of-Pocket Losses is rejected by the Settlement Administrator and you do not correct it, your claim for Out-of-Pocket Losses will instead be considered a claim for the Default Settlement Payment.

Instructions for filling out a claim for Out-of-Pocket Losses are included on the Claim Form. You may access the Claim Form at www.somniasettlement.com.

The deadline to file a claim for Out-of-Pocket Losses is **January 2, 2025**.

### 14. How do I make a claim if I do not have out-of-pocket losses?

To file a claim for the Default Settlement Payment, you must submit a valid Claim Form electing to receive the Default Settlement Payment. Visit www.somniasettlement.com to submit a Claim Form online or download and mail a Claim Form to the Settlement Administrator.

Instructions for filling out a claim for the Default Settlement Payment are included on the Claim Form. You may access the Claim Form at www.somniasettlement.com.

The deadline to file a claim for Default Settlement Payment is **January 2, 2025**.

**Questions? Go to www.somniasettlement.com or call toll-free 1-877-621-2343**
**This Settlement affects your legal rights even if you do nothing.**

## 15. When do I get my cash award?

The Court will hold a hearing on April 28, 2025 to decide whether to approve the Settlement. If the Settlement is approved, appeals may still follow. It is always uncertain when these appeals will be resolved, and resolving them can take time, perhaps more than a year, so we cannot say exactly when payment will be made. Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

## 16. How do I opt-out or exclude myself from the Settlement?

To exclude yourself from the Settlement, you must complete and sign a Request for Exclusion. A valid Request for Exclusion must be in writing, identify the case name *Chabak v. Somnia, Inc.*, Case No. 7:22-cv-9341; and requires you to state your full name, current mailing address, email address, and telephone number; be physically signed by you; and contain a statement to the effect that "I hereby request to be excluded from the proposed Settlement Class in *Chabak v. Somnia, Inc.*, Case No. 7:22-cv-9341."

The Request for Exclusion must be (i) submitted electronically on the Settlement Website, or (ii) postmarked or received by the Settlement Administrator at the address below, no later than **December 2, 2024**:

*Somnia Security Incident Settlement Administrator*
Attn: Exclusion Requests
P.O. Box 58220
Philadelphia, PA 19102

You cannot exclude yourself by telephone or by e-mail.

**EXCLUSION REQUESTS THAT ARE NOT POSTMARKED ON OR BEFORE DECEMBER 2, 2024 WILL NOT BE HONORED.**

## 17. If I exclude myself, can I still get a Settlement payment?

No. If you exclude yourself, you are telling the Court that you don't want to be part of the Settlement. You can only get a cash payment if you stay in the Settlement and submit a valid Claim Form.

## 18. If I do not exclude myself, can I sue the Defendants for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Defendants and Released Persons for the claims that this Settlement resolves. You must exclude yourself from this Action to start or continue with your own lawsuit or be part of any other lawsuit against Defendants or any of the Released Persons. If you have a pending lawsuit, speak to your lawyer in that case immediately.

**19. How do I tell the Court that I don't like the Settlement or amount of attorneys' fees?**

You can tell the Court that you do not agree with the Settlement or any part of it. If you are a Class Member, you can object to the Settlement (or any part of it) if you do not think it is fair. You can state the reason(s) why you think the Court should not approve it. The Court will consider your views. To object, you must file a written objection saying that you object to the proposed Settlement in *Chabak v. Somnia, Inc.*, Case No. 7:22-cv-9341 (S.D.N.Y.).

Your letter must include: (1) your full name; (2) your address; (3) the telephone number where you may be contacted; (4) all grounds for the objection, with specificity and with factual and legal support for each stated ground; (5) the identity of any witnesses you may call to testify; (6) copies of any exhibits that you intend to introduce into evidence at the Final Approval Hearing; (7) a statement of the identity (including name, address, law firm, phone number and email) of any lawyer who will be representing you with respect to any objection; (8) a statement of whether you intend to appear at the Final Approval Hearing with or without counsel; and (9) a statement as to whether the objection applies only to the objector, a specific subset of the Class or California Subclass, or the entire Class or California Subclass (or both classes). Supporting documents must also be attached to the objection.

**Your objection to the Settlement must be filed with the Court and postmarked to the address below no later than December 2, 2024**:

Clerk of Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement. Excluding yourself (or opting out), is telling the Court that you do not want to be included in the Settlement. If you exclude yourself, you cannot object because the Settlement no longer affects you. Any Class Member who does not file objections in accordance with the requirements stated in this Notice waives the right to object or to be heard at the Final Approval Hearing discussed below.

## THE LAWYERS REPRESENTING YOU

**20. Do I have a lawyer in this case?**

Yes. The Court appointed the law firms of Lieff Cabraser Heimann & Bernstein, LLP and Finkelstein, Blankinship, Frei-Pearson & Garber, LLP to represent you as "Class Counsel."

You do not have to pay Class Counsel. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

Class Counsel include:

Jason L. Lichtman
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
jlichtman@lchb.com

Todd S. Garber
Finkelstein, Blankinship, Frei-Parson & Garber LLP
One North Broadway, Suite 900
White Plains, NY 10601
Telephone: (844) 431-0695
tgarber@fbfglaw.com

## 21. How will the lawyers and the Class Representative be paid?

Class Counsel will ask the Court to approve payment of up to $1,000,000, to compensate them for expenses and for attorneys' fees for investigating the facts, litigating the case, and negotiating the Settlement. Class Counsel will also ask for their costs in litigating the case. Class Counsel may also request a service award of $1,000 to each Class Representative, in compensation for their time and effort. The Court may award less than these amounts. If awarded, these amounts will be deducted from the Settlement Fund before making payments to Class Members.

Class Counsel's application for attorneys' fees, expenses, and service awards will be made available on the Settlement website at www.somniasettlement.com before the deadline for you to comment on or object to the Settlement.

Any objection to Class Counsel's application for attorneys' fees and costs, or to the request for the Class Representatives' service awards, must be filed with the Court, with a postmark no later than December 2, 2024, which is thirty (30) days following the filing of Class Counsel's motion for an award of attorneys' fees and costs. You can object by sending a letter addressed to the Court at the address listed in Section 20 of this Notice. In your letter, you must state that you object. Be sure to include your full name, address, telephone number, and the reasons you object to the proposed award, or to the amount of the proposed award.

## THE FINAL APPROVAL HEARING

## 22. When and where will the Court decide whether to approve the Settlement?

The Court will hold a hearing to decide whether to approve the Settlement. This Final Approval Hearing will be held at 2:30 p.m. EST on April 28, 2025 in Courtroom 520 of the U.S. District Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601. The hearing may be held virtually by video conference or moved to a different date or time without additional notice, so it is a good idea to check the settlement website for updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether to award attorneys' fees, expenses, and service awards as described above, and in what amounts. If there are objections, the Court will consider them. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long it will take the Court to issue its decision. It is not necessary for you to attend this hearing, but you may attend at your own expense.

## 23. May I speak at the Hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must file a notice with the Court saying that you intend to appear at the Final Approval Hearing in *Chabak v. Somnia, Inc.*, Case No. 7:22-cv-9341 (S.D.N.Y.). You may include this request in any objection you file, see Section 19 above. Be sure to include your full name, address, email address, and telephone number, and to the extent not otherwise submitted in relation to a filed objection, copies of any documents you will present to the Court in connection with the Final Approval Hearing. You cannot speak at the hearing if you do not file a timely notice or if you excluded yourself from the Class. **Your notice of intention to appear must be filed with the Court and postmarked no later than December 2, 2024.**

The notice of intention to appear must be filed with the Court at this address:

Clerk of Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

## IF YOU DO NOTHING

## 24. What happens if I do nothing?

If you do nothing, you will not receive a cash award. You must submit a claim to get a cash award and comply with all of the requirements of the Claim Form. Unless you exclude yourself from the Settlement, if the Court grants final approval of the Settlement, then you will be bound by the terms and conditions of the Settlement and you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants about the legal issues in this case, ever again.

## GETTING MORE INFORMATION

## 25. Are more details available?

Visit the website at www.somniasettlement.com, where you will find the key documents in this case, including key orders from the Court during the lawsuit and related to this Settlement. You may also email Class Counsel for more information, or write to the Settlement Administrator using the address below:

Somnia Security Incident Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
info@somniasettlement.com

**Questions? Go to www.somniasettlement.com or call toll-free 1-877-621-2343**
**This Settlement affects your legal rights even if you do nothing.**

Exhibit G

| | | |
|---|---|---|
| **Your Claim Form must be submitted online or <u>postmarked by</u>: January 2, 2025** | ***Chabak v. Somnia, Inc.***<br>Case No. 7:22-cv-9341<br>United States District Court, Southern District of New York<br>**SOMNIA SECURITY INCIDENT SETTLEMENT CLAIM FORM** | **SMN-CLAIM** |

### CLAIM FORM FOR SOMNIA SECURITY INCIDENT SETTLEMENT BENEFITS

***Chabak v. Somnia, Inc.***, **Case No. 7:22-cv-9341**

### USE THIS FORM TO MAKE A CLAIM FOR CASH PAYMENTS FOR REIMBURSEMENT OF OUT-OF-POCKET LOSSES AND/OR THE DEFAULT SETTLEMENT PAYMENT

**The DEADLINE to submit this Claim Form is: January 2, 2025**

### <u>GENERAL INSTRUCTIONS</u>

If your private information ("Personal Information") could have been accessed in the Security Incident wherein Somnia's computer network system was the target of an external criminal-cyberattack that occurred in July 2022, you are a "Class Member." If you received a notice about this class action Settlement addressed to you, then the Settlement Administrator has already determined that you are a Class Member.

As a Class Member, you are eligible to receive up to a $2,500 cash payment for reimbursement of costs or expenditures actually incurred and that are plausibly traceable to the Security Incident and supported by Reasonable Documentation ("Out-of-Pocket Losses") and/or a cash payment of a *pro-rata* share(s) ("Default Settlement Payment").

Cash payments amounts may be reduced *pro rata* (proportionately) depending on how many people submit such claims. Additional payments may also be sent. Complete information about the Settlement and its benefits are available at www.somniasettlement.com.

This Claim Form may be submitted electronically via the Settlement Website at www.somniasettlement.com or completed and mailed to the address below. Please type or legibly print, in blue or black ink, all requested information. Submit your completed Claim Form, including any supporting documentation, at www.somniasettlement.com or by U.S. mail to:

SOMNIA SECURITY INCIDENT SETTLEMENT ADMINISTRATOR
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

<table>
<tr><td>

**Your Claim Form must be submitted online or <u>postmarked by</u>: January 2, 2025**

</td><td>

***Chabak v. Somnia, Inc.***
Case No. 7:22-cv-9341
United States District Court, Southern District of New York
**SOMNIA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

</td><td>

**SMN-CLAIM**

</td></tr>
</table>

## I.  CLAIMANT INFORMATION

The Settlement Administrator will use this information for all communications regarding this Claim Form and the Settlement. If this information changes prior to distribution of cash payments, you must notify the Settlement Administrator in writing at the address above.

**First Name**

**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email Address**

**Phone Number**

**Additional Contact Number**

**Notice ID Number***

*This is required for claims submitted electronically. If you do not have your Claim ID Number, you must submit your claim form by mail.

## II. REIMBURSEMENT FOR OUT-OF-POCKET LOSSES (OTHER THAN TIME EXPENDITURES)

You may seek reimbursement for up to $2,500 of Out-of-Pocket Losses you incurred that are plausibly traceable to the Security Incident. Out-of-Pocket Losses include, for example: late fees, declined payment fees, overdraft fees, returned check fees, customer service fees, card cancellation or replacement fees, credit-related costs related to purchasing credit reports, credit monitoring or identity theft protection, costs to place a freeze or alert on credit reports, costs to replace a driver's license, state identification card, or social security number, which are attributable to the Security Incident.

In order to make a claim for Out-of-Pocket Losses you must (i) fill out the information below and/or on a separate sheet submitted with this Claim Form; (ii) sign the attestation at the end of this Claim Form (Section VI); and (iii) include Reasonable Documentation supporting each claimed cost along with this Claim Form. Out-of-Pocket Losses will be deemed plausibly traceable to the Security Incident by the Settlement Administrator if the Out-of-Pocket Losses occurred on or after July 11, 2022, through the date of your claim submission, and the Settlement Administrator determines that the Out-of-Pocket Losses were incurred as a result of the Security Incident.

<table>
<tr><td><strong>Your Claim Form must be submitted online or <u>postmarked by</u>: January 2, 2025</strong></td><td><strong><em>Chabak v. Somnia, Inc.</em></strong><br>Case No. 7:22-cv-9341<br>United States District Court, Southern District of New York<br><strong>SOMNIA SECURITY INCIDENT SETTLEMENT CLAIM FORM</strong></td><td><strong>SMN-CLAIM</strong></td></tr>
</table>

| Cost Type<br>(Fill all that apply) | Approximate Date of Loss | Amount of Loss |
|---|---|---|
| ○ Unreimbursed fraud losses or charges | ☐☐ / ☐☐ / ☐☐ <br>(mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ |

**Description of Supporting Reasonable Documentation** (Identify what you are attaching and why):
*Examples:  Account statement with unauthorized charges highlighted; Correspondence from financial institution declining to reimburse you for fraudulent charges*

| | | |
|---|---|---|
| ○ Professional fees incurred in connection with identity theft or falsified tax returns | ☐☐ / ☐☐ / ☐☐ <br>(mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ |

**Description of Supporting Reasonable Documentation** (Identify what you are attaching and why):
*Examples:  Receipt for hiring service to assist you in addressing identity theft; Accountant bill for re-filing tax return*

| | | |
|---|---|---|
| ○ Lost interest or other damages resulting from a delayed state and/or federal tax refund in connection with fraudulent tax return filing | ☐☐ / ☐☐ / ☐☐ <br>(mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ |

**Description of Supporting Reasonable Documentation** (Identify what you are attaching and why):
*Examples:  Letter from IRS or state about tax fraud in your name; Documents reflecting length of time you waited to receive your tax refund and the amount*

| | | |
|---|---|---|
| ○ Credit freeze | ☐☐ / ☐☐ / ☐☐ <br>(mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ |

**Description of Supporting Reasonable Documentation** (Identify what you are attaching and why):
*Examples:  Notices or account statements reflecting payment for a credit freeze*

| **Your Claim Form must be submitted online or <u>postmarked by</u>: January 2, 2025** | ***Chabak v. Somnia, Inc.***<br>Case No. 7:22-cv-9341<br>United States District Court, Southern District of New York<br>**SOMNIA SECURITY INCIDENT SETTLEMENT CLAIM FORM** | **SMN-CLAIM** |

---

○ Credit monitoring that was ordered after July 11, 2022

[ ] [ ] / [ ] [ ] / [ ] [ ]
(mm/dd/yy)

$ [ ] [ ] [ ] [ ] . [ ] [ ]

**Description of Supporting Reasonable Documentation** (Identify what you are attaching and why):
*Examples: Receipts or account statements reflecting purchases made for Credit Monitoring & Insurance Services*

---

○ Miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges

[ ] [ ] / [ ] [ ] / [ ] [ ]
(mm/dd/yy)

$ [ ] [ ] [ ] [ ] . [ ] [ ]

**Description of Supporting Reasonable Documentation** (Identify what you are attaching and why):
*Examples: Phone bills, gas receipts, postage receipts; detailed list of locations to which you traveled (i.e. police station, IRS office), indication of why you traveled there (i.e. police report or letter from IRS re: falsified tax return) and number of miles you traveled*

---

○ Other (provided detailed description)

[ ] [ ] / [ ] [ ] / [ ] [ ]
(mm/dd/yy)

$ [ ] [ ] [ ] [ ] . [ ] [ ]

**Description of Supporting Reasonable Documentation** (Identify what you are attaching and why):
*Please provide detailed description below or in a separate document submitted with this Claim Form*

---

○ **Time Expenditures:** Hours for time spent taking actions intended to remedy fraud, identity theft, or other misuse of Personal Information

***<u>IMPORTANT</u>****: To make a claim for reimbursement of Out-of-Pocket Losses for Time Expenditures, you must: (i) check the appropriate box in the "Out-of-Pocket Losses for Time Expenditures" Section below, and indicate whether you have provided Reasonable Documentation of your lost time, or whether you are claiming Self-Certified time, (ii) state the number of hours you spent addressing or remedying the issues caused by the Security Incident for which you have submitted Reasonable Documentation, and (iii) sign the attestation at the end of this Claim Form.*

**Description of Supporting Reasonable Documentation** (Identify what you are attaching and why):

<table>
<tr><td>

**Your Claim Form must be submitted online or <u>postmarked by</u>: January 2, 2025**

</td><td>

*Chabak v. Somnia, Inc.*
Case No. 7:22-cv-9341
United States District Court, Southern District of New York
**SOMNIA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

</td><td>

**SMN-CLAIM**

</td></tr>
</table>

## III. OUT-OF-POCKET LOSSES FOR TIME EXPENDITURES
## (REQUIRED FOR CLAIMS FOR OUT-OF-POCKET LOSSES FOR TIME EXPENDITURES)

You can make a claim of up to twenty (20) hours of time at $20 per hour for time spent addressing or remedying issues caused by the Security Incident by submitting Reasonable Documentation of your lost time. Reimbursement for your lost time is subject to the to $2,500 limit on reimbursement for Out-of-Pocket Losses discussed above. If you do not submit Reasonable Documentation supporting your time expenditures, but submitted Reasonable Documentation of a fraud, identity theft, or other actual misuse of your Personal Information plausibly traceable to the Security Incident, you may instead make a claim for Self-Certified Time of up to five (5) hours of time at $20 per hour for time spent addressing or remedying issues caused by the Security Incident.

To make a claim for reimbursement of Out-of-Pocket Losses for Time Expenditures, you must: (i) indicate by checking the appropriate box below, whether you have provided Reasonable Documentation of your lost time, or whether you are instead claiming Self-Certified Time, (ii) state the number of hours you spent addressing or remedying the fraud, identity theft, or other actual misuse of your Personal Information caused by the Security Incident; and (iii) sign the attestation at the end of this Claim Form.

**Please check only <u>one</u> box:**

☐   I have provided Reasonable Documentation of my lost time.

OR

☐   **Self-Certified Time:** I have **not** provided Reasonable Documentation of my lost time and am instead claiming Self-Certified Time.

**Please State Number of Hours Here**: ☐

Out-of-Pocket Losses for Time Expenditures will be deemed plausibly traceable to the Security Incident by the Settlement Administrator if the Out-of-Pocket Losses for Time Expenditures occurred on or after July 11, 2022, and the Settlement Administrator determines that the Out-of-Pocket Losses for Time Expenditures were incurred as a result of the Security Incident.

**Note**: If your claim for Out-of-Pocket Losses is rejected by the Claims Administrator for any reason and you do not cure the defect, you will receive only a Default Settlement Payment. If your claim for Out-of-Pocket Losses is approved by the Claims Administrator, you will also receive a Default Settlement Payment.

<table>
<tr><td>

**Your Claim Form must be submitted online or <u>postmarked by</u>: January 2, 2025**

</td><td>

***Chabak v. Somnia, Inc.***
Case No. 7:22-cv-9341
United States District Court, Southern District of New York
**SOMNIA SECURITY INCIDENT SETTLEMENT CLAIM FORM**

</td><td>

**SMN-CLAIM**

</td></tr>
</table>

| IV. DEFAULT SETTLEMENT PAYMENT |
|---|

Even if you are not seeking compensation for Out-of-Pocket Losses, you may still submit a claim to receive the Default Settlement Payment. Anyone who claims Out-of-Pocket Loss (see Section II above) will automatically receive this Default Settlement Payment as well.

☐ Check this box if you are not claiming Out-of-Pocket Losses and want to receive the Default Settlement Payment.

| V. PAYMENT SELECTION |
|---|

Please select **<u>one</u>** of the following payment options:

☐ **PayPal -** Enter your PayPal email address: _____

☐ **Venmo -** Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐ **Zelle -** Enter the mobile number or email address associated with your account:_____

☐ **Virtual Prepaid Card -** Enter your email address: _____

☐ **Physical Check -** Payment will be mailed to the address provided in Section I above.

| VI. ATTESTATION |
|---|

By signing and submitting this Claim Form, I certify and affirm that the information I provided above is true and correct to the best of my knowledge and belief.

Claimant Signature: _____       Date: ___/____/_____

# Exhibit H

| Number | Name | Date Opt-Out Received | Date Opt-Out Postmarked |
|---|---|---|---|
| 1 | HERBERT McGARITY | 11/11/2024 | |
| 2 | JUANA SCHLEMM | 12/16/2024 | 12/8/2024 |
| 3 | KALVIN PETERSON | 12/11/2024 | 12/2/2024 |
| 4 | GEORGIA OSTER | 12/12/2024 | 11/30/2024 |
| 5 | CRESCENCIO GARCIA FROMETA | 12/11/2024 | 12/2/2024 |
| 6 | MARA VUKOVIC | 12/11/2024 | 12/2/2024 |
| 7 | NANCY COOLEY | 12/3/2024 | 11/27/2024 |
| 8 | RANDALL KRZAK | 12/3/2024 | 11/26/2024 |
| 9 | SHIRLEY ADAMS | 11/21/2024 | |
| 10 | MELISSA FOY | 12/2/2024 | |
| 11 | KIMBERLEY ROWLAND BRILLIANT | 11/26/2024 | |
| 12 | DOROTHY P WARREN | 11/26/2024 | |
| 13 | ANGELES LARA SEGOVIANO | 11/26/2024 | |
| 14 | CHRISTOPHER CRAVEN | 11/26/2024 | |
| 15 | CAROL CHRISTINE MEYER | 11/26/2024 | |
| 16 | SHEILA ANN SIEGEL | 11/22/2024 | |
| 17 | ALICIA SIMMONS | 11/22/2024 | |
| 18 | FLORENTINO CONTRERAS | 11/21/2024 | |
| 19 | PAOLA GANDARA CRUZ | 11/21/2024 | |
| 20 | LINDA ASENCIO | 11/21/2024 | |
| 21 | AANA PERKINS | 11/21/2024 | |
| 22 | NANCY PERKINS | 11/21/2024 | |
| 23 | MARK STEVENS | 11/21/2024 | |
| 24 | ERNEST ZUMWALT | 11/21/2024 | |
| 25 | SHIRLEY ADAMS | 11/21/2024 | |
| 26 | MARY FAST | 11/12/2024 | |
| 27 | HELEN LUEKEN | 11/12/2024 | |
| 28 | JENNIFER DIGGINS | 11/12/2024 | |
| 29 | TAMMY LOU EDWARDS | 11/12/2024 | |
| 30 | RICHARD WYVILL | 11/12/2024 | |
| 31 | LYNN WYVILL | 11/12/2024 | |
| 32 | CHRISTINE PARRIS | 11/1/2024 | |
| 33 | NANCY BENOIT | 11/4/2024 | |
| 34 | SHIRLEY ADAMS | 11/4/2024 | |
| 35 | LORAN WRIGHT | 10/29/2024 | |
| 36 | CYNTHIA WRIGHT | 10/29/2024 | |
| 37 | HUGO WINORD JR | 10/29/2024 | |
| 38 | CAROL NOBLE | 11/7/2024 | |
| 39 | FRANCES  BURNHAM | 11/7/2024 | |
| 40 | THERESE AIDLER | 11/5/2024 | |

| 41 | REBECCA BROWNFIELD | 11/5/2024 | |
|----|--------------------|-----------|--|
| 42 | CAROL HICKS | 11/5/2024 | |
| 43 | KATHY SHOCK | 10/21/2024 | |
| 44 | NATALIE MORALES | 10/21/2024 | |
| 45 | GEORGE L BENOIT | 10/24/2024 | |
| 46 | ELLABRYN JAMERSON | 10/29/2024 | |
| 47 | REBECCA THOMPSON | 10/29/2024 | |
| 48 | PATRICIA ANN RAFNAR | 10/29/2024 | |
| 49 | DENINE A IKE | 10/29/2024 | |
| 50 | SHIRLEY ADAMS | 10/22/2024 | |
| 51 | THOMAS SLAUGHTER | 10/22/2024 | |
| 52 | KATHY BRADFORD | 10/22/2024 | |
| 53 | NEIL BRADFORD | 10/22/2024 | |
| 54 | ISAIAH JESS | 10/16/2024 | |
| 55 | DOUGLAS KELLY | 10/16/2024 | |
| 56 | RICHARD BLANTON | 10/16/2024 | |
| 57 | LAVON CHUPP | 10/17/2024 | |
| 58 | MARTHA CANTRELL | 10/16/2024 | |
| 59 | JULIE ANNE GALBRAITH | 10/22/2024 | |
| 60 | LYNN MARIE HANSEN | 10/22/2024 | |
| 61 | CARL THOMAS | 10/22/2024 | |
| 62 | FRANK BARONE | 10/15/2024 | |
| 63 | ERNESTO VELEZ | 10/15/2024 | |
| 64 | ELEAZAR SOTO VALDEZ | 10/15/2024 | |
| 65 | VINCE PESINI | 10/15/2024 | |